**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| H.R. AND C.A.R. | : | No. 167 MM 2020 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| C.P. AND J.M. | : | |
| | : | |
| | : | |
| PETITION OF: C.P. | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of December, 2020, the "Petition for Leave to File a Petition for Allowance of Appeal Proceeding *Nunc Pro Tunc*" is DENIED.